DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475


FILED
SEP - 4 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
MICHAEL D. RAY

Chapter 13
Case No. 06-3-0591 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $20.70 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 036 | CLERK OF THE COURT FOR NEXTELL COMMUNICATION INC ATTN: BANK P O BOX 172408 DENVER, CO 80217-2408 | $20.70 |

Dated:   September 3, 2009

_____
CECILIA MARCELO
Receipts Administrator